UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STARSTONE NATIONAL INSURANCE CO., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1-20-cv-00020 |
| ALYSSA SMITH, MICHAEL TAYLOR AND TAYLOR PEPPER | § § § § § | |
| Defendants. | § | |

**JOINT NOTICE OF SETTLEMENT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff, Starstone National Insurance Co, jointly with Defendants Alyssa Smith, Michael Taylor and Taylor Pepper ("Defendants"), and advise the Court that they have resolved all matters in controversy between them as raised in the instant lawsuit. The parties anticipate executing final settlement documents and filing a Rule 41 stipulation of dismissal with prejudice within 30 days from the date this notice is filed. Accordingly, the parties respectfully request that the Court stay the consideration of any pending matters and all deadlines.

Respectfully submitted,

*/s/ Lisa A. Songy*
Lisa A. Songy
State Bar No. 00793122
lisas@tbmmlaw.com
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204
Telephone 214.665.0100
Facsimile 214.665.0199
**ATTORNEYS FOR STARSTONE NATIONAL INSURANCE COMPANY**

/s/ E. Hart Green
E. Hart Green
Federal Bar No. 24121
hartgr@wgttlaw.com
WELLER, GREEN, TOUPS & TERRELL, L.L.P.
P.O. Box 350
Beaumont, Texas 77704
Telephone:    409-838-0101
Facsimile:    409-832-7823
**ATTORNEYS FOR DEFENDANTS MICHAEL TAYLOR AND ALYSSA SMITH**

/s/ Rodney A. Townsend, Jr.
Rodney A. Townsend, Jr.
Federal Bar No. 27128
Texas Bar No. 24028070
townsend@rodneytownsendlaw.com
RODNEY TOWNSEND ATTORNEY AT LAW, P.C.
218 Border Street
Orange, Texas 77630
Telephone:    409-886-7200
Facsimile:    409-886-7204
**ATTORNEYS FOR DEFENDANT TAYLOR PEPPER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record through the Court's electronic filing and service system on July 8, 2020.

/s/ Lisa A. Songy
Lisa A. Songy