# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| STARSTONE NATIONAL INSURANCE CO. | § § § § § § § § § | CASE NO. 1:20-cv-00020 |
| Plaintiff | | |
| | | JUDGE MICHAEL TRUNCALE |
| v. | | |
| ALYSSA SMITH, MICHAEL TAYLOR AND TAYLOR PEPPER | | |
| Defendants | | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. [Dkt. 18]. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). To the extent that the parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 7th day of August, 2020.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge